**Order entered December 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00438-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BRADLEY SHAVERS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MC19-A6636**

## ORDER

Before the Court is appellee's December 14, 2022 second motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief filed by **December 29, 2022**. If appellee fails to file his brief by December 29, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     DENNISE GARCIA
          JUSTICE